

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 05 CR 201 |
| v. ) | |
| ) | Violations: Title 18, United States |
| JOHNNISE MILLER, also known as ) | Code, Sections 513(a), 1344, and 2. |
| "Terry" ) | |
| GLENN BRADFORD, ) | |
| ALVIN FORD, ) | |
| PHILLIP HUNTER, ) | |
| AMIRA MAJOR, ) | |
| JEFFERY MARTIN, ) | |
| DENISE PREWITT, and ) | |
| CHRISTOPHER STACKER ) | |

JUDGE NORGLE
MAGISTRATE JUDGE DENLOW

FILED
MAY 2 5 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COUNT ONE

The SPECIAL MARCH 2004 GRAND JURY charges:

1. At times material to this indictment:

   a. Bank One was a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation ("FDIC").

   c. Beck's Book Store, Combined Resources Inc., Fortune Fish Company, Groot Industries, Swissland Packing Company, and Visual Marketing Inc. (hereinafter referred to collectively as "the Businesses"), all maintained business checking accounts at Bank One.

2. Beginning in or about April 2004, and continuing to in or about March 2005, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOHNNISE MILLER,

defendant herein, together with Glenn Bradford, Alvin Ford, Phillip Hunter, Amira Major, Jeffery Martin, Denise Prewitt, Christopher Stacker, and others known and unknown to the Grand Jury, devised, intended to devise, and participated in a scheme to defraud Bank One, and to obtain money and funds owned by and under the custody and control of Bank One, by means of materially false and fraudulent pretenses, representations, and promises.

1

3. It was part of the scheme that defendant JOHNNISE MILLER knowingly obtained counterfeit checks of the Businesses purportedly drawn on the checking accounts maintained by the Businesses at Bank One.

4. It was further part of the scheme that the counterfeit checks obtained by defendant JOHNNISE MILLER were made using a computer to create the appearance that the checks were legitimate business checks of the Businesses. Specifically, the counterfeit checks bore the actual routing numbers and account numbers of the Bank One accounts of the Businesses.

5. It was further part of the scheme that defendant JOHNNISE MILLER recruited Glenn Bradford, Alvin Ford, Phillip Hunter, Amira Major, Jeffery Martin, Denise Prewitt, Christopher Stacker, and others, and caused and directed those individuals to negotiate the counterfeit checks at Bank One branches in exchange for a share of the proceeds.

6. It was further part of the scheme that defendant JOHNNISE MILLER collected the names and addresses of Glenn Bradford, Alvin Ford, Phillip Hunter, Amira Major, Jeffery Martin, Denise Prewitt, Christopher Stacker, and others, and caused their names and addresses to be placed on the payee line of the counterfeit checks.

7. It was further part of the scheme that defendant JOHNNISE MILLER met with and distributed the counterfeit checks to Glenn Bradford, Alvin Ford, Phillip Hunter, Amira Major, Jeffery Martin, Denise Prewitt, Christopher Stacker, and others, and directed or drove them to Bank One branch offices in and around Chicago and elsewhere in order to negotiate the counterfeit checks, and then split the proceeds of the scheme by paying the check cashers approximately $100-$300 for each check that was fraudulently negotiated.

8. As a result of the scheme described above, defendant JOHNNISE MILLER fraudulently negotiated and caused to be fraudulently negotiated at least 250 counterfeit checks and caused a loss to Bank One in excess of $285,000.

9. It was further part of the scheme that defendant JOHNNISE MILLER and others concealed, misrepresented, and hid the existence and purpose of the scheme and the acts done in

furtherance of the scheme.

10. On or about March 2, 2005, at Chicago, in the Northern District of Illinois, Eastern Division,

JOHNNISE MILLER,

defendant herein, knowingly executed and attempted to execute the above-described scheme by causing to be presented for payment, at a branch of Bank One at 1101 W. Lawrence, Chicago, Illinois, a counterfeit Bank One check, check number 85527, purportedly drawn on the Bank One account of Swissland Packing Company and made payable to Individual A in the amount of $859.94;

In violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT TWO

The SPECIAL MARCH 2004 GRAND JURY further charges:

1. The allegations contained in paragraph 1 of Count One of this indictment are realleged and incorporated here as if fully set forth.

2. The Businesses were "organizations" as that term is defined in Title 18 United States Code, Section 513(c)(4), who operated in and, by their activities, affected interstate commerce.

3. On or about September 3, 2004 at Chicago, in the Northern District of Illinois, Eastern Division,

JOHNNISE MILLER, and<br>GLENN BRADFORD,

defendants herein, did knowingly possess and utter a counterfeited security of an organization, with intent to deceive another organization, namely, check number 46110, made payable to GLENN BRADFORD in the amount of $749.82, purportedly drawn on the Bank One account of Beck's Book Store;

In violation of Title 18, United States Code, Sections 513(a) and 2.

## COUNT THREE

The SPECIAL MARCH 2004 GRAND JURY further charges:

1. The allegations contained in paragraph 1 of Count One and paragraph 2 of Count Two of this indictment are realleged and incorporated here as if fully set forth.

2. On or about September 3, 2004 at Chicago, in the Northern District of Illinois, Eastern Division,

>JOHNNISE MILLER, and
>ALVIN FORD,

defendants herein, did knowingly possess and utter a counterfeited security of an organization, with intent to deceive another organization, namely, check number 46109, made payable to ALVIN FORD in the amount of $749.82, purportedly drawn on the Bank One account of Beck's Book Store;

In violation of Title 18, United States Code, Sections 513(a) and 2.

## COUNT FOUR

The SPECIAL MARCH 2004 GRAND JURY further charges:

1. The allegations contained in paragraph 1 of Count One and paragraph 2 of Count Two of this indictment are realleged and incorporated here as if fully set forth.

2. On or about September 4, 2004 at Chicago, in the Northern District of Illinois, Eastern Division,

> JOHNNISE MILLER, and
> PHILLIP HUNTER,

defendants herein, did knowingly possess and utter a counterfeited security of an organization, with intent to deceive another organization, namely, check number 46119, made payable to PHILLIP HUNTER JR. in the amount of $749.82, purportedly drawn on the Bank One account of Beck's Book Store;

In violation of Title 18, United States Code, Sections 513(a) and 2.

## COUNT FIVE

The SPECIAL MARCH 2004 GRAND JURY further charges:

1. The allegations contained in paragraph 1 of Count One and paragraph 2 of Count Two of this indictment are realleged and incorporated here as if fully set forth.

2. On or about September 15, 2004 at Chicago, in the Northern District of Illinois, Eastern Division,

>JOHNNISE MILLER, and
>AMIRA MAJOR,

defendants herein, did knowingly possess and utter a counterfeited security of an organization, with intent to deceive another organization, namely, check number 35177, made payable to AMIRA MAJOR in the amount of $749.82, purportedly drawn on the Bank One account of Visual Marketing Inc.;

In violation of Title 18, United States Code, Sections 513(a) and 2.

## COUNT SIX

The SPECIAL MARCH 2004 GRAND JURY further charges:

1.  The allegations contained in paragraph 1 of Count One and paragraph 2 of Count Two of this indictment are realleged and incorporated here as if fully set forth.

2.  On or about October 25, 2004 at Chicago, in the Northern District of Illinois, Eastern Division,

> JOHNNISE MILLER, and
> JEFFERY MARTIN,

defendants herein, did knowingly possess and utter a counterfeited security of an organization, with intent to deceive another organization, namely, check number 18693, made payable to JEFFERY MARTIN in the amount of $766.84, purportedly drawn on the Bank One account of Groot Industries;

In violation of Title 18, United States Code, Sections 513(a) and 2.

## COUNT SEVEN

The SPECIAL MARCH 2004 GRAND JURY further charges:

1. The allegations contained in paragraph 1 of Count One and paragraph 2 of Count Two of this indictment are realleged and incorporated here as if fully set forth.

2. On or about December 29, 2004 at Chicago, in the Northern District of Illinois, Eastern Division,

>JOHNNISE MILLER, and
>DENISE PREWITT,

defendants herein, did knowingly possess and utter a counterfeited security of an organization, with intent to deceive another organization, namely, check number 25984, made payable to DENISE PREWITT in the amount of $865.23, purportedly drawn on the Bank One account of Fortune Fish Company;

In violation of Title 18, United States Code, Sections 513(a) and 2.

## COUNT EIGHT

The SPECIAL MARCH 2004 GRAND JURY further charges:

1. The allegations contained in paragraph 1 of Count One and paragraph 2 of Count Two of this indictment are realleged and incorporated here as if fully set forth.

2. On or about October 25, 2004 at Chicago, in the Northern District of Illinois, Eastern Division,

JOHNNISE MILLER, and
CHRISTOPHER STACKER,

defendants herein, did knowingly possess and utter a counterfeited security of an organization, with intent to deceive another organization, namely, check number 18692, made payable to CHRISTOPHER STACKER in the amount of $766.84, purportedly drawn on the Bank One account of Groot Industries;

In violation of Title 18, United States Code, Sections 513(a) and 2.

## COUNT NINE

The SPECIAL MARCH 2004 GRAND JURY further charges:

1. The allegations contained in paragraph 1 of Count One and paragraph 2 of Count Two of this indictment are realleged and incorporated here as if fully set forth.

2. On or about October 11, 2004 at Chicago, in the Northern District of Illinois, Eastern Division,

JOHNNISE MILLER,

defendant herein, did knowingly possess and cause to be uttered a counterfeited security of an organization, with intent to deceive another organization, namely, check number 21732, made payable to Individual B in the amount of $754.23, purportedly drawn on the Bank One account of Combined Resources Inc.;

In violation of Title 18, United States Code, Sections 513(a) and 2.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

11

No. 05 CR 201

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

vs

JOHNNISE MILLER, AKA, "TERRY", ET AL.

INDICTMENT

Violations: Title 18, United States Code, Sections 513(a), 1344, and 2

A true bill,

_Karen Oya_ , Foreman

Filed in open court this _25th_ day
of _May_, A.D. _2005_

**MICHAEL W. DOBBINS**
By _[signature]_ , Clerk

Bail, $ _____